Edwin F. McPherson (SBN 106084)
emcpherson@m-klaw.com
Pierre B. Pine (SBN 211299)
ppine@m-klaw.com
McPHERSON & ASSOCIATES
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 553-8833
Facsimile: (310) 553-9233

Attorneys for Plaintiffs

LATHAM & WATKINS LLP
  Daniel Scott Schecter (SBN 171472)
  Patricia G. Stringel (SBN 245833)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: daniel.schecter@lw.com;
patricia.stringel@lw.com

Attorneys for Defendant
Guthy-Renker Corporation

*Caption continues on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN ALEXANDER, an individual; LEE HALE, an individual; GEOFF CLARKSON, an individual; JAMES HILL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GUTHY-RENKER CORPORATION, a Delaware corporation; GREG GARRISON PRODUCTIONS, INC., a California corporation; BARRUMP-BUMP PUBLISHING, a California corporation; MICHAEL GARRISON, an individual; RONALD L. BLANC as Trustee on behalf of GREG GARRISON TRUST; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-06026 VBF (SHx)<br><br>**DISCOVERY MATTER** – Referred to Magistrate Stephen J. Hillman<br><br>[~~PROPOSED~~] **STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY OF MEDIATION MATERIALS**<br><br>Judge: Hon. Valerie Baker Fairbank |

*Continued caption:*

Stephen F. Moeller (SBN 56344)
VALENSI ROSE, PLC
2029 Century Park East, Suite 2050
Los Angeles, CA 90067
Telephone: (310) 277-8011
Facsimile: (310) 277-1706
E-mail: sfm@vrmlaw.com

Attorneys for Defendants Greg Garrison Productions, Inc., Barrump-Bump Publishing, and Michael Garrison

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
   mkump@kwikalaw.com
AMBER B. HOLLEY (SBN 227853)
   aholley@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Telephone: (310) 566-9800
Facsimile: (310) 566-9850

Attorneys for Defendant Ronald L. Blanc as Trustee on Behalf of Greg Garrison Trust

## PROTECTIVE ORDER

The Stipulated And [Proposed] Protective Order Re Confidentiality of Mediation Materials executed by the Parties and filed with this Court on February 22, 2008 is hereby approved, and

IT IS SO ORDERED.

DATED: __2/22__, 2008

_____
Hon. Stephen J. Hillman
United States Magistrate Judge